1 | LAURENCE M. BERMAN, State Bar No. 093515
lberman@bermanlitigationgroup.com          JS-6
2 | WENDY M. THOMAS, State Bar No. 268695 of
wthomas@bermanlitigationgroup.com
3 | **BERMAN LITIGATION GROUP**
201 Santa Monica Boulevard, Suite 300
4 | Santa Monica, CA  90401
Telephone:  (310) 393-9500
5 | Facsimile:  (310) 393-9588

6 | YURI MIKULKA, State Bar No. 185926
ymikulka@sycr.com
7 | SARAH S. BROOKS, State Bar No. 266292
sbrooks@sycr.com
8 | **STRADLING YOCCA CARLSON & RAUTH**
660 Newport Center Drive, Suite 1600
9 | Newport Beach, CA  92660-6422
Telephone:  (949) 725-4000
10 | Facsimile:  (949) 725-4100

11 |
12 | Attorneys for Defendants JUDSON ROTHSCHILD, ROTHSCHILD INTERIORS, THE ROTHSCHILD COLLECTION, and ROTHSCHILD PRODUCTIONS, INC.
13 |

14 | **UNITED STATES DISTRICT COURT**

15 | **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16 | BARON PHILIPPE DE ROTHSCHILD S.A., SOCIÉTÉ | CASE NO. CV12-03884-MMM (JCX)
17 | CIVILE DU CHÂTEAU LAFITE ROTHSCHILD, and BARON ERIC | **[~~PROPOSED~~] CONSENT JUDGMENT**
18 | DE ROTHSCHILD
19 | Plaintiffs, | Dept:  780
20 | v. | Judge: Hon. Margaret M. Morrow
21 | JUDSON ROTHSCHILD,
22 | individually and doing business as ROTHSCHILD INTERIORS and
23 | THE ROTHSCHILD COLLECTION, and ROTHSCHILD
24 | PRODUCTIONS, INC.,
25 | Defendants.
26 |
27 | JUDSON ROTHSCHILD,
28 | individually and doing business as ROTHSCHILD INTERIORS and THE ROTHSCHILD COLLECTION,

1

and ROTHSCHILD
PRODUCTIONS, INC.,

2

Counter-Claimants,

3

BARON PHILIPPE DE
ROTHSCHILD S.A., and SOCIÉTÉ

4

CIVILE DU CHÂTEAU LAFITE
ROTHSCHILD

5

6

Counter-Defendants.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT JUDGMENT

1    This Stipulation is based on the following facts:

2    (1)   Plaintiff Baron Philippe de Rothschild S.A. is a French public limited

3    liability company located and doing business in France and is controlled by

4    members of the European Rothschild Family;

5    (2)   Plaintiff Société Civile du Château Lafite Rothschild is a French civil

6    law company located and doing business in France and is controlled by members

7    of the European Rothschild Family;

8    (3)   Plaintiff Baron Eric de Rothschild is a French citizen and a member of

9    the European Rothschild Family;

10   (4)   Defendant Judson Rothschild is an individual residing in Los Angeles,

11   California, who has done business using the names Rothschild Interiors, The

12   Rothschild Collection, and Rothschild Productions, Inc.;

13   (5)   Defendant Rothschild Productions, Inc. is a California corporation

14   with its place of business in Los Angeles, California;

15   (6)   For the purposes of the Consent Judgment, the following definitions

16   shall apply:

17   (a)   "Plaintiffs" shall mean Baron Philippe de Rothschild S.A.,

18   Société Civile du Château Lafite Rothschild, and Baron Eric de Rothschild;

19   (b)   "Defendants" shall mean Judson Rothschild, individually and

20   doing business as Rothschild Interiors and the Rothschild Collection, and

21   Rothschild Productions, Inc.;

22   (c)   "Counter-Claimants" shall mean Judson Rothschild,

23   individually and doing business as Rothschild Interiors and the Rothschild

24   Collection, and Rothschild Productions, Inc.;

25   (d)   "Counter-Defendants" shall mean Baron Philippe de Rothschild

26   S.A. and Société Civile du Château Lafite Rothschild;

27   (e)   "Parties" shall mean Plaintiffs, Defendants, "Counter-

28   Claimants," and "Counter-Defendants" collectively;

(7)    On May 3, 2012, Plaintiffs filed the instant lawsuit against Defendants alleging trademark infringement of Plaintiffs' registered trademarks in the United States, as well as infringement of the Rothschild Family coat-of-arms;

(8)    On June 4, 2012, Defendants filed an Answer and Counterclaims to Plaintiffs' Complaint alleging that in 2002, Defendant and Counter-claimant Rothschild Productions, Inc. filed an application to register United States Trademark Registration No. 3,230,399 for the mark that appears below (the "Judson Rothschild Registered Trademark"), and this registration was granted in 2007:



(9)    On July 12, 2012, Plaintiffs filed a First Amended Complaint against Defendants;

(10)    On July 31, 2012, Defendants filed an Answer and Counterclaims to Plaintiffs' First Amended Complaint;

(11)    On September 24, 2012, Plaintiffs filed a Second Amended Complaint against Defendants;

(12)   On November 1, 2012, Defendants filed an Answer and Counterclaims to Plaintiffs' Second Amended Complaint.  The Counterclaims contain three specific demands for relief:

(a)   A judicial determination and declaration that Defendants' use of ROTHSCHILD INTERIORS, THE ROTHSCHILD COLLECTION, ROTHSCHILD PRODUCTIONS, INC., and the Judson Rothschild Registered Trademark and related trade dress and slogan does not infringe the Counter-Defendants' trademark rights (referred to as "Demand 1");

(b)   A judicial determination and declaration that Counter-Claimants are the rightful owners of and entitled to use ROTHSCHILD INTERIORS, THE ROTHSCHILD COLLECTION, ROTHSCHILD PRODUCTIONS, and the Judson Rothschild Registered Trademark, and that these marks are valid (referred to as "Demand 2");

(c)   A judicial determination and declaration that the Counter-Defendants are "not entitled to use these marks" (referred to as "Demand 3").

(13)   On November 16, 2012, Plaintiffs filed a motion to voluntarily dismiss Plaintiffs' claims with prejudice and also to dismiss Counter-Claimants' counterclaims.  The Parties agree that Plaintiffs' claims contained in Plaintiffs' Second Amended Complaint should be dismissed with prejudice.

(14)   The Parties agree that Judgment should be entered in favor of Counter-Claimants on Demand 1 and Demand 2 of Counter-Claimants' Counterclaims.

(15)   The Parties agree that with respect to Demand 3, which seeks relief broader than that afforded by the dismissal of Plaintiffs' claims, there is no case or controversy pursuant to Article III of the Constitution to justify retention of this case for the purpose of deciding this claim and, accordingly, Demand 3 from Counter-Claimant's Counterclaims should be dismissed without prejudice.

WHEREAS, the Parties, by their respective attorneys, have consented to the entry of this Consent Judgment;

WHEREAS, the Parties waive all rights to seek appellate review or otherwise challenge or contest the validity of this Consent Judgment, provided, that neither party waives its right to appeal from any judgment that the Court may enter on Defendants' intended motion for costs and attorney's fees.

NOW THEREFORE, the Court, having read and considered the pleadings on file, and also this Consent Judgment which has been jointly submitted by the Parties hereto, with the consent of the Parties, and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DEGREED THAT:

(1)     The Court has personal and subject matter jurisdiction over this matter.

(2)     Venue as to all matters between the parties relating thereto lies in this Court.

(3)     Plaintiffs' claims contained in Plaintiffs' Second Amended Complaint are dismissed with prejudice.

(4)     Judgment is entered in favor of Counter-Claimants on Demand 1 and Demand 2 of Counter-Claimants' Counterclaims.

(5)     With respect to Demand 3, which seeks relief broader than that afforded by the dismissal of Plaintiffs' claims, the Court finds that there is no case or controversy pursuant to Article III of the Constitution to justify retention of this case for the purpose of deciding this claim and, accordingly, dismisses Demand 3 of Counter-Claimants' Counterclaims without prejudice.

(6)     This Consent Judgment shall be immediately entered by the Clerk of the United States District Court and shall be enforceable according to its terms.

(7)     Notwithstanding the dismissal of the Action, this Court shall retain continuing jurisdiction over the Parties and the action for purposes of enforcing this Consent Judgment.

1        (8)     The Court reserves judgment on the issue of attorney's fees and costs,

2   which will be resolved by way of a motion to recover costs and attorney's fees to

3   be filed by Defendants, which Plaintiffs will oppose.

4

5   Approved as to form and content:

6

7

8   DATED:  April 9, 2013                    BERMAN LITIGATION GROUP

9

10                                 By:    Laurence M. Berman   /s/_____
                                           Laurence M. Berman
11                                         Wendy M. Thomas
                                           Attorneys for Defendants and
12                                         Cross-Complainants, JUDSON
                                           ROTHSCHILD, ROTHSCHILD
13                                         INTERIORS, THE ROTHSCHILD
                                           COLLECTION, and
14                                         ROTHSCHILD PRODUCTIONS,
                                           INC.

15

16                                         STRADLING YOCCA CARLSON &
17  DATED:  April 9, 2013                   RAUTH

18

19                                 By:    Yuri Mikulka   /s/_____
                                           Yuri Mikulka
20                                         Sarah Brooks
                                           Attorneys for Defendants and
21                                         Cross-Complainants, JUDSON
                                           ROTHSCHILD, ROTHSCHILD
22                                         INTERIORS, THE ROTHSCHILD
                                           COLLECTION, and
23                                         ROTHSCHILD PRODUCTIONS,
                                           INC.

24

25

26

27

28

1

DATED:  April 9, 2013

DLA PIPER LLP (US)

2

3

By:   __Andrew L. Deutsch  /s/___
Andrew L. Deutsch

4

Jeffrey A. Rosenfeld
Rachel E. K. Lowe

5

Attorneys for Plaintiffs and Cross-
Defendants  BARON PHILIPPE

6

DE ROTHSCHILD S.A., SOCIÉTÉ
CIVILE DU CHÂTEAU LAFITE

7

ROTHSCHILD, and Plaintiff
BARON ERIC DE ROTHSCHILD

8

9

DATED: April 9, 2013

BARON PHILIPPE DE ROTHSCHILD SA

10

A French public limited liability company

11

12

By:   __Pierre Guinchard_____

13

Its:   _Managing Director_____

14

15

16

DATED: April 9, 2013

SOCIETE CIVILE DU CHATEAU LAFITE
ROTHSCHILD SA

17

A French civil law company

18

19

By:   __Christophe Salin_____

20

Its:   __Managing Director_____

21

22

DATED:  April 9, 2013

BARON ERIC DE ROTHSCHILD

23

An individual

24

25

By:   __Eric de Rothschild  /s/_____

26

27

28

1

2 DATED:  April 9, 2013          JUDSON ROTHSCHILD
                                An individual
3

4                               By:   _Judson Rothschild  /s/_____

5

6 DATED:  April 9, 2013          ROTHSCHILD PRODUCTIONS, INC.
                                A California corporation
7

8                               By:   __Judson Rothschild  /s/____

9

10                              Its:   _____President_____

11

12

13 IT IS SO ORDERED.

14

15 Dated:  April 17, 2013

16
                                _____
17                              Hon. Margaret M. Morrow
                                United States District Judge
18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

/s/ Wendy M. Thomas
Wendy M. Thomas

-1-

CERTIFICATE OF SERVICE